Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

NOV 17 2025 PM 2:56
FILED - USDC - - -

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  |  |
|---|---|
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No.  2:25-cv-09411-MEF-JBC
*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*   ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                       _____
Street Address             _____
City and County            _____
State and Zip Code         _____
Telephone Number           _____
E-mail Address             _____

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name  Ernest M. Caposela

Job or Title *(if known)*  Assignment Judge

Street Address  77 Hamilton St.

City and County  Paterson  Passaic County

State and Zip Code  New Jersey  07505

Telephone Number  973-653-2910

E-mail Address *(if known)*  NJcourts.gov

**Defendant No. 2**

Name  Miguel A De La Carrera

Job or Title *(if known)*  Judge - Judical

Street Address  77 Hamilton St.

City and County  Paterson  Passaic county.

State and Zip Code  New Jersey  07505

Telephone Number  973-653-2910

E-mail Address *(if known)*  NJcourts.gov

**Defendant No. 3**

Name  Adam E Jacobs

Job or Title *(if known)*  Judge - Judical

Street Address  77 Hamilton St.

City and County  Paterson  Passaic county.

State and Zip Code  New Jersey  07505

Telephone Number  973-653-2910

E-mail Address *(if known)*  NJcourts.gov

**Defendant No. 4**

Name  Imre Karaszegi Jr.

Job or Title *(if known)*  Judge - Judical

Street Address  77 Hamilton St.

City and County  Paterson  passaic county.

State and Zip Code  New Jersey  07505

Telephone Number  973-653-2910

E-mail Address *(if known)*  NJcourts.gov

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of a united citizen Constitutional rights . Etc.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

a.  If the plaintiff is an individual

The plaintiff, *(name)* Bubhi Nburomi , is a citizen of the State of *(name)* New Jersey .

b.  If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

a.  If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Medical Male practice.

Error in Prosecution. Multiple Errors in representations, Etc.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.  To be released out of incarceration due to my sickness and denied Medical
Treatment.  Case is from 2015, date has changed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        _10 - 28 - 25_

Signature of Plaintiff        _Accurate info_
Printed Name of Plaintiff        _Iburomi   S._

**B.    For Attorneys**

Date of signing:        _____

Signature of Attorney        _____
Printed Name of Attorney        _____
Bar Number        _____
Name of Law Firm        _____
Street Address        _____
State and Zip Code        _____
Telephone Number        _____
E-mail Address        _____

*Dates*
*Representations*
*Etc.*

# New Jersey Courts
Independence · Integrity · Fairness · Quality Service

Passaic Vicinage

| Robert D. Tracy | Ernest M. Caposela | Donna Hoffman |
|---|---|---|
| Trial Court Administrator | Assignment Judge | General Operations Division Manager |

77 Hamilton St., Paterson, New Jersey   07505                    njcourts.gov • Tel: 973-653-2910• Fax: 973-424-6878

October 8, 2025

Subhi Aburomi
Bergen County Jail
160 South River St.
Hackensack, N.J. 07601

Re:    State v. Subhi Aburomi
       Docket #: 17-3177
       Indictment #: 17-09-0886

I am in receipt of your request for written transcripts.  To obtain written transcripts from various court proceedings, you must complete the written transcript request form in its entirety by specifying each date and judge.  The transcription agency will review your request and contact you regarding the amount of the payment that will be due for the transcripts.  Please note that transcript agencies will not begin work on a transcript ordered by a private entity (attorney, law firm or self-represented litigant) until they receive the estimated cost of the transcript. The countdown for your transcript due date does not begin until the agency receives your funds and can then begin work on your transcript.

Additionally, if you are requesting audio on CD, you will need to submit a check or money order to the below address before I can process your request. Once you submit the forms with the specific dates and judge, I will determine the number of CDs required and provide you with the cost of the CDs.  The CDs will then be mailed to the address listed on your request form.  **Kindly refrain from submitting payment until you receive confirmation from me or the transcription agency.**

Furthermore, I have provided you with dates and judges of court proceedings that were on the record. If these are the dates you need, please indicate so on the request forms and submit them to the address below. Please note nothing was placed on the record on 6-26, 7-14, 9-2 or 9-23-25.

Also, if you are represented by a Public Defender, they can order the written transcripts *only* on your behalf at no cost to you.  Please confer with your attorney on this matter.

If you need anything further, please don't hesitate to contact me.

Sincerely,

*Jessica Gonzalez*
Jessica Gonzalez,
Administrative Specialist 2

Encl.

Passaic County Superior Court - *Transcript Department* - 71 Hamilton Street, 1st Fl., Room 146, Paterson, N.J. 07505



ADA
Americans with
Disabilities Act

ENSURING
AN OPEN DOOR TO
JUSTICE


**In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Party overview

| Name | Case relationship | Case number | Status |
| --- | --- | --- | --- |
| Subhi Aburomi | Defendant | PAS-17-003177-001 | Active non-fugitive |

## Charges

**Complaint**

**Charge details**

| Count number | Offense date | Crime type | Drug type |
| --- | --- | --- | --- |
| 001 | 06/01/2017 | Indictable offense | —— |
| Primary statute | | Changed primary statute | |
| 2C:15-2a(2) Carjacking-threaten occupant /w bodily injury | | —— | |
| Auxiliary statute | | Changed auxiliary statute | |
| —— | | —— | |
| Degree | | Changed degree | |
| First degree | | —— | |

| Complaint number | Complaint issued date | Complaint received date | |
| --- | --- | --- | --- |
| 1608-W-2017-003184 | 06/27/2017 | 06/28/2017 | |
| Police case number | Associated ERPO number | FV docket number | Municipal charge number |
| 17048818 | —— | —— | 001 |
| Comments | | | |
| —— | | | |

**Disposition details**

| Date | Disposition | Retraxit plea |
| --- | --- | --- |
| 09/11/2017 | True bill/True bill complt | —— |
| Prosecutor | Official type/name | |
| Jonathan Barrera | —— | |
| Comments | | |
| —— | | |



Grand Jury



4

**Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | —— | |

## Proceedings

**Prior proceedings**

**Prior proceeding details**

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | Ed Balkus | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 02/09/2024 00:00 AM | Case review | Video | —— |

| Original scheduled date/time | Original proceeding type | | |
|---|---|---|---|
| 02/09/2024 01:30 PM | Case review | | |

| Prosecutor | Official type/name | Results | |
|---|---|---|---|
| Patrick Breen | Judge Miguel A De La Carrera | Completed | |

| Scheduled comments |
|---|
| Rc 72 hours |

| Proceeding comments |
|---|
| Vop/cas ordered for 3/8 |

| Court reporter | Court reporter comments |
|---|---|
| Court Smart | —— |


New Jersey Courts

13

**Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | | |

## Proceedings

**Prior proceedings**

**Prior proceeding details**

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | Elizabeth S Walsh | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 03/11/2024 00:00 AM | Viol prob sentence | Video | —— |

| Original scheduled date/time | Original proceeding type | | |
|---|---|---|---|
| 03/11/2024 01:30 PM | Viol prob sentence | | |

| Prosecutor | Official type/name | Results | |
|---|---|---|---|
| Denise J Dehaan | Judge Miguel A De La Carrera | Sentence decision | |

| Scheduled comments | | | |
|---|---|---|---|
| —— | | | |

| Proceeding comments | | | |
|---|---|---|---|
| —— | | | |

| Court reporter | Court reporter comments | | |
|---|---|---|---|
| Court Smart | —— | | |

12

**Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | —— | |

## Proceedings

**Prior proceedings**

**Prior proceeding details**

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | Elizabeth S Walsh | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 12/02/2024 00:00 AM | Case review | Video | —— |

| Original scheduled date/time | Original proceeding type | | |
|---|---|---|---|
| 12/02/2024 01:30 PM | Case review | | |

| Prosecutor | Official type/name | Results | |
|---|---|---|---|
| Patrick Breen | Judge Miguel A De La Carrera | Completed | |

Scheduled comments

Rc 72 hours

Proceeding comments

Vop ordered

| Court reporter | Court reporter comments |
|---|---|
| —— | —— |

New Jersey Courts
Independence • Integrity • Fairness • Quality Service

**Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | —— | |

## Proceedings

**Prior proceedings**

**Prior proceeding details**

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | Ronald S Fava | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 05/16/2024 00:00 AM | Case maintenance | Video | —— |

| Original scheduled date/time | Original proceeding type | | |
|---|---|---|---|
| 05/16/2024 01:30 PM | Case maintenance | | |

| Prosecutor | Official type/name | Results | |
|---|---|---|---|
| Patrick Breen | Judge Miguel A De La Carrera | Completed cont outpt 1a | |

Scheduled comments

——

Proceeding comments

——

| Court reporter | Court reporter comments |
|---|---|
| Court Smart | —— |


New Jersey Courts
Independence · Integrity · Fairness · Quality Service

**Subhi Aburomi (Defendant 001) - In Jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | —— | |

## Proceedings

**Prior proceedings**

**Prior proceeding details**

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | Elizabeth S Walsh | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 10/25/2019 00:00 AM | Viol prob sentence | In-person | —— |

| Original scheduled date/time | Original proceeding type | | |
|---|---|---|---|
| 10/28/2019 00:00 PM | Unscheduled event | | |

| Prosecutor | Official type/name | Results | |
|---|---|---|---|
| Patrick Breen | Judge Miguel A De La Carrera | Sentence decision init inpat-phase 1 | |

Scheduled comments

——

Proceeding comments

——

| Court reporter | Court reporter comments |
|---|---|
| Court Smart | —— |


New Jersey Courts
Independence • Integrity • Fairness • Quality Service

**Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | —— | |

## Proceedings

**Prior proceedings**

**Prior proceeding details**

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | Elizabeth S Walsh | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 09/19/2019 00:00 AM | Review hearing | In-person | —— |

| Original scheduled date/time | Original proceeding type | | |
|---|---|---|---|
| 09/20/2019 00:00 PM | Unscheduled event | | |

| Prosecutor | Official type/name | Results | |
|---|---|---|---|
| Patrick Breen | Judge Miguel A De La Carrera | Completed s-jail time ordered | |

Scheduled comments

——

Proceeding comments

Remadn to pcj pendinf vop hearing hold on vop vop t/b

| Court reporter | Court reporter comments |
|---|---|
| Court Smart | Uploaded in ecourts |



Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | —— | |

## Proceedings

**Prior proceedings**

**Prior proceeding details**

| Proceeding for | Represented by |
|---|---|
| Subhi Aburomi | —— |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 08/22/2019 00:00 AM | Recovery court status | In-person | N522 |

| Original scheduled date/time | Original proceeding type |
|---|---|
| 08/22/2019 09:00 AM | Recovery court status |

| Prosecutor | Official type/name | Results |
|---|---|---|
| Patrick Breen | Judge Miguel A De La Carrera | Completed s-jail time ordered |

Scheduled comments

Drug court 72 hr

Proceeding comments

Hwh 10/25/19 & vop 10/18/19

| Court reporter | Court reporter comments |
|---|---|
| Court Smart | Def can be placed prior to adjucation of vop & po does notdef not t/b placed into integrity house (secausus or newark) |

New Jersey Courts

**Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | —— | |

## Proceedings

**Prior proceedings**

**Prior proceeding details**

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | —— | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 03/26/2019 00:00 AM | Recovery court status | In-person | —— |

| Original scheduled date/time | Original proceeding type | | |
|---|---|---|---|
| 03/27/2019 00:00 PM | Unscheduled event | | |

| Prosecutor | Official type/name | Results | |
|---|---|---|---|
| —— | Judge Miguel A De La Carrera | Completed cont inpat-phase 1 | |

Scheduled comments

——

Proceeding comments

——

| Court reporter | Court reporter comments |
|---|---|
| Court Smart | Drug court inpatient program reporting |

**Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | —— | |

## Proceedings

**Prior proceedings**

**Prior proceeding details**

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | Ronald S Fava | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 09/10/2018 00:00 AM | Sentencing | In-person | N523 |

| Original scheduled date/time | Original proceeding type | | |
|---|---|---|---|
| 09/10/2018 09:00 AM | Sentencing | | |

| Prosecutor | Official type/name | Results | |
|---|---|---|---|
| Josue Vazquez | Judge Miguel A De La Carrera | Sentence decision init inpat-phase 1 | |

Scheduled comments

——

Proceeding comments

——

| Court reporter | Court reporter comments | |
|---|---|---|
| Court Smart | —— | |

**Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | —— | |

## Proceedings

**Prior proceedings**

**Prior proceeding details**

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | —— | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 09/10/2018 00:00 AM | Legal assessment | In-person | —— |

| Original scheduled date/time | Original proceeding type | | |
|---|---|---|---|
| 09/12/2018 00:00 PM | Unscheduled event | | |

| Prosecutor | Official type/name | Results | |
|---|---|---|---|
| Josue Vazquez | Judge Miguel A De La Carrera | Completed rc legal acceptance | |

**Scheduled comments**

——

**Proceeding comments**

——

| Court reporter | Court reporter comments |
|---|---|
| Court Smart | Legally accepted for participation in the drug court programtrack 1 alt, sentence 6 yrs w/85% before parole |

New Jersey Courts
Independence · Integrity · Fairness · Quality Service

**Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | —— | |

## Proceedings

### Prior proceedings

**Prior proceeding details**

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | Ronald S Fava | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 04/09/2018 00:00 AM | Discretionary conf | In-person | N537 |

| Original scheduled date/time | Original proceeding type | | |
|---|---|---|---|
| 04/09/2018 09:00 AM | Discretionary conf | | |

| Prosecutor | Official type/name | Results | |
|---|---|---|---|
| Allen P Nawrocki | Judge Adam E Jacobs | Completed | |

Scheduled comments

——

Proceeding comments

**Excludable time (pend. matter out of state)**

| Court reporter | Court reporter comments | |
|---|---|---|
| Courtroom Video | —— | |



**Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type |
|---|---|---|
| Criminal | Passaic | —— |

## Proceedings

**Prior proceedings**

**Prior proceeding details**

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | Ronald S Fava | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 02/26/2018 00:00 AM | Final disp conf | In-person | N537 |

| Original scheduled date/time | Original proceeding type |
|---|---|
| 02/26/2018 09:00 AM | Final disp conf |

| Prosecutor | Official type/name | Results |
|---|---|---|
| Allen P Nawrocki | Judge Adam E Jacobs | Completed |

**Scheduled comments**

**Adj. 1/8/18 @ 9am**

**Proceeding comments**

**Excludable order attributed to defense**

| Court reporter | Court reporter comments |
|---|---|
| Courtroom Video | —— |

New Jersey Courts

**Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676**

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | —— | |

## Proceedings

**Prior proceedings**

**Prior proceeding details**

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | Laurie J Daddio | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 11/14/2017 00:00 AM | Initial disp conf | In-person | N537 |

| Original scheduled date/time | Original proceeding type | | |
|---|---|---|---|
| 11/14/2017 09:00 AM | Initial disp conf | | |

| Prosecutor | Official type/name | Results | |
|---|---|---|---|
| Allen P Nawrocki | Judge Adam E Jacobs | Completed | |

Scheduled comments

——

Proceeding comments

——

| Court reporter | Court reporter comments |
|---|---|
| Courtroom Video | —— |


New Jersey Courts
Independence · Integrity · Fairness · Quality Service

Subhi Aburomi (Defendant 001) - In jail in Bergen County per commitment # 02-097421/Vendor booking # E79676

## Case overview

| Case number | Case caption | Case initiation date | Case status |
|---|---|---|---|
| PAS-17-003177 | State of New Jersey vs Subhi Aburomi | 06/27/2017 | Active |

| Court/Division | Venue | Docket/Case type | |
|---|---|---|---|
| Criminal | Passaic | —— | |

## Proceedings

### Prior proceedings

### Prior proceeding details

| Proceeding for | Represented by | | |
|---|---|---|---|
| Subhi Aburomi | James Sheehan | | |

| Proceeding date/time | Proceeding type | Appearance type | Location/Room |
|---|---|---|---|
| 07/05/2017 00:00 AM | Motion | In-person | N523 |

| Original scheduled date/time | Original proceeding type | | |
|---|---|---|---|
| 07/05/2017 09:00 AM | Motion | | |

| Prosecutor | Official type/name | Results | |
|---|---|---|---|
| Seth Galkin | Judge Ernest M Caposela | Completed | |

Scheduled comments

**Detention motion**

Proceeding comments

**Ref gj - motion granted**

| Court reporter | Court reporter comments |
|---|---|
| **Court Smart** | —— |



 OMS **Offender Management System**

# Inmate Commitment Summary Report

**Today's Date:** 10/27/2025  9:59



**Full Name:** ABUROMI, SUBHI  YASER

**Booking #:** E-79676

## Booking Information

| | | | | | |
|---|---|---|---|---|---|
| **Birth Date:** | 05/24/1987 | **Admission Type:** | PASSAIC COUNTY HOLD | **Officer ID #:** | 1542 |
| **Age At Booking:** | 37 | **County Code:** | PASSAIC COUNTY | **State ID #:** | 658350D |
| **Current Age:** | 38 | **Committed By:** | PASSAIC CO.SUPERIOR CT. | **FBI #:** | 10319NC3 |
| **Sex:** | Male | **Date/Time:** | 03/12/2025  23:31 | **Permanent ID #:** | E-12404 |
| **Race:** | ALL OTHERS | **Transported By:** | PASSAIC COUNTY | **TID Number:** | 872578 |
| **Marital Status:** | SINGLE | **Shift:** | 3 | **CID Number:** | |
| **SSN:** | | **Officer Name:** | OFC APRIL ROCK | **Release Date:** | |

## Physical Description

| | | | |
|---|---|---|---|
| **Height:** | 5' 9" | **Eye Color:** | BROWN |
| **Hair Length:** | SHORT | **Complexion:** | MEDIUM |
| **Weight:** | 180 | **Hair Color:** | BLACK |
| **Face Hair:** | YES | **Build:** | MEDIUM FRAME |

## Scars, Marks, and Tattoos

| Identifier | Description | Height | Width |
|---|---|---|---|
| TATTOO ARM, NONSPECIFIC | RT ARM " FLAG PALESTINIAN" | | |

## Affiliations Information

| | | | |
|---|---|---|---|
| **Citizen Of:** | United States of America | **Religion:** | ISLAM |
| **Place Of Birth:** | PATERSON NJ | **Gang Affiliation:** | |
| **Country Of Birth:** | United States of America | **Drivers License State:** | NJ |
| **County Of Residence:** | PASSAIC | | |

## Inmate Address / Phone Number

| Inmate Address | Phone Number |
|---|---|
| 212 OVERMOUNT AVE APT F WOODLAND PK, NJ 07424 | (973) 931-1729 |

## Family Information

| | | | |
|---|---|---|---|
| **No. Of Dependants:** | 0 | **No. In Siblings Rank:** | 0 |
| **Number Of Siblings:** | 0 | | |

## Family Address                               Phone Number

,

## Education Information

**Highest Grade Completed:**    11
**Has Ever Received Special Education?**
**Last School Attended:**
GED

**Native Language:**          ENGLISH
**Can Inmate Speak English:**    Yes

## Medical Information

**Regular Physician Name:**
**Address:**                          ,

**Phone Number:**                 () -
**Health Insurance Provider:**
**Provider Access Number:**

**Shift:**
**Date:**      03/26/2025  12:37
**Officer:**    NURSE R SUNDER

**Last Medical Check Up:**  03/26/2025
**Last Dental Check Up:**

**Jobs Outside Facility History**

| Employer | Job Title | Salary | City | State | Start Date | End Date |
|---|---|---|---|---|---|---|

**Work Release Information**

Eligible:
Date Eligible:
Place on Work Release:

**Military Background Information**

Service Branch:
Start Date:
End Date:
Discharge:
Aptitude Test Results:

**Employment Status Information**

Employment Status At Arrest: Unemployed
Professional Licenses:        BARBER
Special Skills/Job Duties:    BARBER

## Case Management

| | | | |
|---|---|---|---|
| **Effective Date:** 03/12/2025 | **Sentence Date:** | **Case / Docket #** | |
| **OTN #:** | **Bond Amount:** $0.00 | **Case Order #** 1 | **Date Case Was Booked:** 03/12/2025 |
| **Status:** Not Sentenced | **Type:** Initial | **Days Served:** 230 | **Date/Time Added:** 03/13/2025 00:01 |

## Charges

| Offense Date | Offense Code | Offense Description | Grade |
|---|---|---|---|
| 02/28/2025 | 2C:15-1A(1) | ROBBERY-INFLICTS BI OR USES FORCE | |

## Arrest Information

| | | |
|---|---|---|
| **Arrest Date:** | **Arresting Agency:** | **Arresting Officer:** |
| **Arrest Number:** | **Address:** , | |
| **Citation Number:** | | |
| **Warrant Number:** | | |

## Sentencing Summary

| | Years | Months | Days | |
|---|---|---|---|---|
| **Minimum:** | | | | **Total Fines:** |
| **Maximum:** | | | | **Costs:** |
| **Probation:** | | | | **Restitution:** |

## Hearing Information

| Hearing Date | Hearing Type | Judge | Magistrate # | Magistrate Docket | Hearing Disposition | Court Location | Court Name |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Detainer Information

| Complaint Number | Date Detainer Recieved | Detainer Type | Complaint Date | Detainer Bond | Issuing Agency | Detainer Set By | Charges | Complaint Released | Release Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Alias Information

| Last Name, First Name, Middle | Social Security # | Birthdate | Source |
|---|---|---|---|
| No Alias on file. | | | |

S COTTINS

160 South river St.

HAckeN suck  NJ

07601

Co

9